United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 19, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 05-10912
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-

Appellee,

versus

WARREN DOUGLASS COBLE, JR,

Defendant-

Appellant.

--------------------------------------------------------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:04-CR-25-ALL
--------------------------------------------------------------------

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Warren Douglass Coble, Jr., on appeal has moved for

leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Coble

has responded to counsel's motion, arguing that the sentencing court erred in sentencing him for

possession of crack cocaine as opposed to some other form of cocaine base. Our independent review

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

of the brief, Coble's response, and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.